USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-23-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JORGE BECHARA et al.,

                            Plaintiffs,

        -against-

THE REPUBLIC OF ARGENTINA,

                            Defendant.
------------------------------------------------------------- x

**ORDER OF SATISFACTION OF JUDGMENT**

05-CV-3825 (LAP)

WHEREAS, on October 30, 2007, the Court entered a final judgment, ECF No. 24, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs Jorge Bechara, Hector Pedro Bergonzi, Angelica Eva Fernandez, Pablo Tomas Boero, Santiago Boero, Ana Maria de Huerto Valazza, Aldo Bertolozzi, Adriana Erica Bertolozzi, Tadas Lingys, Paula Adriana Pinotti, Kai Olaf von Szczypinski, Jose Luis Pou Lorenzo, Silvana Ferrer Ramos, Juan Ignacio Salcedo, Juan Carlos Salcedo, Sirfell Investment Sociedad Anonima, Pascual Tallarico, Juan Cruz Uriarte, and Maria Lorene Uriarte, with respect to plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

Loretta A. Preska
United States District Judge
Dated: Dec. 23, 2019